1 JS - 6

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE MARTINEZ, | ) | Case No. EDCV 09-578-VAP (FMOx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ARGENT MORTGAGE COMPANY, LLC, (a Delaware limited liability company); T.D. SERVICES COMPANY (a California Corporation); and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 21, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge